IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHN DOE                                                                                          PLAINTIFF

v.                                      No. 5:18-cv-05182-PKH

UNIVERSITY OF ARKANSAS-
FAYETTEVILLE, et al.                                                                      DEFENDANTS

## NOTICE OF APPEAL

Plaintiff John Doe hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this case on April 3, 2019, granting Defendants' Motion to Dismiss. The Parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

**Plaintiff**　　　　　　　　　　　　Represented by:
John Doe　　　　　　　　　　　　　Heather G. Zachary
　　　　　　　　　　　　　　　　　　Williams & Anderson, PLC
　　　　　　　　　　　　　　　　　　111 Center St., Suite 2200
　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　Telephone: (501) 372-0800
　　　　　　　　　　　　　　　　　　Fax: (501) 396-8543
　　　　　　　　　　　　　　　　　　Email:  hzachary@williamsanderson.com

　　　　　　　　　　　　　　　　　　Alec Gaines
　　　　　　　　　　　　　　　　　　Williams & Anderson, PLC
　　　　　　　　　　　　　　　　　　111 Center St., Suite 2200
　　　　　　　　　　　　　　　　　　Little Rock, AR 72201
　　　　　　　　　　　　　　　　　　Telephone: (501) 372-0800
　　　　　　　　　　　　　　　　　　Fax: (501) 396-8543
　　　　　　　　　　　　　　　　　　Email:  againes@williamsanderson.com

　　　　　　　　　　　　　　　　　　Justin Zachary
　　　　　　　　　　　　　　　　　　Denton & Zachary, PLLC

|  |  |
|---|---|
|  | 600 German Ln., #101<br>Conway, AR 72034<br>Telephone: (501) 348-4999<br>Fax: (501) 358-4737<br>Email: justin@dentonandzachary.com |
| **Defendant**<br>University of Arkansas - Fayetteville | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.edu |
| **Defendant**<br>Board of Trustees of the<br>University of Arkansas | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.edu |
| **Defendant**<br>Tyler Farrar,<br>Individually and in his<br>Official Capacity | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.edu |
| **Defendant**<br>Jon Comstock,<br>Individually and in his<br>Official Capacity | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building |

|  |  |
|---|---|
|  | Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.ed |
| **Defendant**<br>Eric Specking,<br>Individually and in his<br>Official Capacity | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.ed |
| **Defendant**<br>Dina Wood,<br>Individually and in her<br>Official Capacity | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.ed |
| **Defendant**<br>Kristin Barnett,<br>Individually and in her<br>Official Capacity | Represented by:<br>C. Joseph Cordi, Jr.<br>Associate General Counsel<br>University of Arkansas<br>421 Administration Building<br>Fayetteville, AR 72701<br>Telephone: (479) 575-5401<br>Fax: (479) 575-5046<br>Email: joecordi@uark.ed |

Respectfully Submitted,

WILLIAMS & ANDERSON PLC
111 Center Street, Suite 2200
Little Rock, Arkansas 72201

          Telephone:  501 372 0800
          Facsimile: 501 372 6453

By: /s/ Heather G. Zachary
   Heather G. Zachary (AR#2004216)
   hzachary@williamsanderson.com
   Alec Gaines (AR#2012277)
   againes@williamsanderson.com

   DENTON & ZACHARY, PLLC
   600 S. German Ln., #101
   Conway, AR 72034
   Telephone:  501 348 4999
   Facsimile:  501 358 4737

   Justin Zachary (AR#2010162)
   justin@dentonandzachary.com

   Counsel for Plaintiff

## CERTIFICATE OF SERVICE

 I hereby certify that on April 22, 2019 I electronically filed the foregoing with the Clerk of Court using the eflex system, which shall send notification of such filing to Counsel of Record.

          By: /s/ Heather G. Zachary
          Heather G. Zachary (AR#2004216)