IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

**JOHN DOE**                                                                                                   **PLAINTIFF**

VS.                                                         5:18-cv-05182

**UNIVERSITY OF ARKANSAS-FAYETTEVILLE;**
**BOARD OF TRUSTEES OF THE UNIVERSITY OF ARKANSAS;**
**TYLER R. FARRAR, individually and in his official**
**capacity; JON COMSTOCK, individually and in his**
**official capacity, ERIC SPECKING, individually**
**and in his official capacity; DINA WOOD,**
**individually and in her official capacity; and**
**KRISTIN BARNETT, individually and in her**
**official capacity**                                                                                    **DEFENDANTS**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff John Doe and Defendants University of Arkansas-Fayetteville, Board of Trustees of the University of Arkansas, and Tyler R. Farrar, Jon Comstock, Eric Specking, Dina Wood, and Kristin Barnett in their official and individual capacities stipulate that this action is dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Respectfully submitted,

_____
Justin Zachary (AR#2010162)
Denton & Zachary, PLLC
2100 Riverdale Road, Suite 200A
Little Rock, AR 72202
Telephone: 501 348 4999
Facsimile: 501 358-4737
justin@dentonandzachary.com
*Attorney for Plaintiff*

_____
C. Joseph Cordi, Jr.
Associate General Counsel – Univ. of Ark.
416 Administration Building
Fayetteville, AR 72701
Telephone: (479) 575-5401
Facsimile: (479) 575-5046
joecordi@uark.edu
*Attorney for Defendants*